Jeffry Locke
Chapter 7 Bankruptcy Trustee
530 Alameda Del Prado, #396
Novato, CA 94949
Telephone: (415) 884-2264

FILED

MAY 1 2 2006

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Trustee in Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Northern District of California

| In re: | Case No. 00-10113 AJ |
|---|---|
| Specialty Physician Alliance | Chapter 7 |
| Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $7222.53. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 21 | Corsi Hoey Pearson Professional<br>1174 Montgomery Drive,<br>Santa Rosa, CA 95405 | 6,111.00 | 330.60 |
| 29 | Bay Area Orthopaedic Specialists<br>3838 California Street Ste 111,<br>San Francisco, CA 94118 | 18,645.00 | 1,008.67 |
| 36 | CALIFORNIA NOTH BAY FERTILITY MED.<br>1111 SONOMA AVENUE SUITE 214,<br>SANTA ROSA, CA 95405 | 15,875.00 | 858.82 |
| 45 | Santa Rosa Trauma Physicians Med.<br>5772 Bolsa Avenue 220,<br>Huntington Beach, CA 92649 | 16,350.00 | 884.51 |
| 57 | A Rodman Barber MD<br>4704 Hoen Avenue,<br>Santa Rosa, CA 95405 | 22,626.61 | 1,224.07 |
| 75 | Stanford Hospital and Clinics<br>John S. Wesolowski, Esq., 2550 Hanover St.<br>Palo Alto, CA 943041115 | 44,102.57 | 2,385.89 |

| | | | |
|---|---|---:|---:|
| 21 | Corsi Hoey Pearson Professional<br>1174 Montgomery Drive,<br>Santa Rosa, CA  95405 | 6,111.00 | 30.39 |
| 29 | Bay Area Orthopaedic Specialists<br>3838 California Street Ste 111,<br>San Francisco, CA  94118 | 18,645.00 | 92.73 |
| 36 | CALIFORNIA NOTH BAY FERTILITY MED.<br>1111 SONOMA AVENUE SUITE 214,<br>SANTA ROSA, CA  95405 | 15,875.00 | 78.95 |
| 45 | Santa Rosa Trauma Physicians Med.<br>5772 Bolsa Avenue 220,<br>Huntington Beach, CA  92649 | 16,350.00 | 81.32 |
| 47 | David A Price M D<br>5202 Old Redwood Hwy,<br>Santa Rosa, CA  95403 | 22,688.36 | 112.84 |
| 64 | C. Rhene Merkouris, MD<br>500 Doyle Park Dr. #104,<br>Santa Rosa, CA  95405 | 26,892.16 | 133.74 |

Total Unclaimed Dividends    $7,222.53

Dated:  May 10, 2006

_____
Jeffry Locke, TRUSTEE